# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Search of<br><br>Google Email Accounts identified<br>in Attachment A | Case No. 3:14-mj-00387 KFM<br><br>**ORDER DIRECTING CLERK OF COURT TO FILE UNISSUED SEARCH WARRANT APPLICATION AND ASSOCIATED DOCUMENTS UNDER SEAL** |

The court has before it the above captioned search warrant application which will be denied by separate order. To preserve the record for review, the Clerk of Court is hereby directed to file, as sealed attachments to this order, the search warrant application, the affidavit in support of the application for a search warrant, including Attachment A and Attachment B and the proposed search warrant in the above styled matter.

Dated at Anchorage, Alaska this 2nd day of March, 2015.

                                                s/KEVIN F. McCOY
                                                U.S. MAGISTRATE JUDGE